**Order filed April 15, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00206-CV
_____

**ROBERT GONZALES, Appellant**

**V.**

**HOUSTON INDEPENDENT SCHOOL DISTRICT AND ANDRIA SCHUR, Appellees**

---

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2012-64902**

---

## O R D E R

The notice of appeal in this case was filed March 10, 2014. The clerk's record was filed April 11, 2014. To date, the filing fee has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee to the clerk of this court on or before **April 30, 2014.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM